UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Christina M Redington,<br>                    Debtor. | Case No.:       16-18407-ABA<br><br>Chapter:         13<br><br>Hearing Date:   September 28, 2017<br><br>Judge:            Andrew B. Altenburg, Jr. |

**ORDER DENYING MOTION FOR RECONSIDERATION**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: September 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Christina M Redington*
*Case No.: 16-18407-ABA*
Order Denying Motion for Reconsideration
Page | 2

___

**THIS MATTER** having come before the court by Jenny R. Kasen's, debtor's attorney's, Request for Opinion, Opportunity to Supplement and Hearing, as no such procedure exists, the court having treated the matter as Motion for Reconsideration; and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the Motion for Reconsideration is **DENIED**.

The court reserves the right to revise its findings of fact and conclusions of law.